1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>            Plaintiff,<br><br>v.<br><br>SOUTH BAY MOTORSPORTS, et al.,<br><br>            Defendants. | Case No. 07-CV-0543-LAB (JMA)<br><br>**ORDER REGARDING SETTLEMENT DISPOSITION CONFERENCE** |

An Early Neutral Evaluation Conference was held on May 31, 2007 at 10:00 a.m.  The case settled.  The attorneys must personally appear for a Settlement Disposition Conference on **July 10, 2007** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

07cv0543

1  contact the chambers of Magistrate Judge Adler <u>at least one court</u>
2  <u>day before</u> the date indicated above to explain the reasons
3  therefor.  <u>Failure to comply with this order may be cause for the</u>
4  <u>imposition of monetary sanctions.</u>
5     **IT IS SO ORDERED**.
6  DATED:  May 31, 2007

                                        _____
                                        Jan M. Adler
                                        U.S. Magistrate Judge